JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| FRISCA INYI RAMIREZ,<br>Petitioner,<br>v.<br>WARDEN ADELANTO DETENTION FACILITY, et al.,<br>Respondents. | Case No. 5:25-cv-03203-RGK-AJR<br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the petition under 28 U.S.C. § 2241 is denied. The Clerk shall enter judgment accordingly.

DATED: **7/31/2026**

Gary Klausner

HON. R. GARY KLAUSNER
United States District Judge